OPINION — AG — THE COUNCIL ON JUDICIAL COMPLAINTS MAY MAKE A FORMAL WRITTEN REPORT PUBLIC TO THE SAME EXTENT AS DELINEATED IN 22 O.S. 1971 346 [22-346] AT THE CONCLUSION OF ITS INVESTIGATION INTO THE ACTIONS OF A MEMBER OF THE JUDICIARY CHARGED WITH MISCONDUCT. CITE: 20 O.S. 1976 Supp., 1658 [20-1658], 20 O.S. 1976 Supp., 1651 [20-1651] THRU 20 O.S. 1976 Supp., 1661 [20-1661] (PAUL C. DUNCAN)